**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| **SONGBIRD TECH, LLC,** | § | |
| *Plaintiff,* | § § § | |
| **v.** | § § | **1:26-cv-00282-ADA** |
| **ZOHO CORPORATION,** | § § § | **JURY TRIAL DEMANDED** |
| *Defendant.* | § § | |

**CORRECTED NOTICE OF RELATED CASES**

On February 5, 2026, Plaintiff Songbird Tech, LLC filed a Notice of Related Cases.  Dkt 4.  The notice did not include two related cases filed on the same day as the above-captioned case:

*Songbird Tech, LLC v. Tesla, Inc.*, 1:26-cv-0279-RP (the "Tesla Case"); and

*Songbird Tech, LLC v. X Corp*, 1:26-cv-0281-RP (the "X Case").

The notice also incorrectly identified *Songbird Tech, LLC v. TCL Technology Group Corp.*, 6:24-cv-00618-KC as *Songbird Tech, LLC v. TCL Technology Group Corp.*, 6:24-cv-00618-ADA. Additionally, S*ongbird Tech, LLC v. TCL Technology Group Corp.*, 6:24-cv-00618-KC (the "TCL Case") was voluntarily dismissed by the Plaintiff on March 26, 2025 before serving TCL Technology Group Corp. with the complaint.

Defendant Zoho Corporation respectfully requests that the identification of related cases be corrected to include the Tesla and X Cases and remove the dismissed TCL Case.

Dated: March 25, 2026

Respectfully submitted,

/s/ *Darryl J. Adams*
Darryl J. Adams
Texas Bar No. 00796101
SLAYDEN GRUBERT BEARD PLLC
401 Congress Ave., Suite 1650
Austin, TX 78701
(512) 402-3562
dadams@sgbfirm.com

## CERTIFICATE OF SERVICE

I certify that on March 25, 2026, a true and correct copy of the foregoing document was electronically filed with the Court and served on all parties of record via the Court's CM/ECF system.

*/s/ Darryl J. Adams*

Darryl J. Adams

## CERTIFICATE OF CONFERENCE

I hereby certify that on March 25, 2026, Defendant's counsel conferred by electronic mail with Plaintiff's counsel and Plaintiff's counsel is not opposed to the filing of this notice.

*/s/ Darryl J. Adams*

Darryl J. Adams