AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the
Western District of Texas

| | |
|---|---|
| Songbird Tech, LLC | ) |
| *Plaintiff* | ) |
| v. | )  Case No.    1:26-cv-00282 |
| Zoho Corporation | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Zoho Corporation                                                                                          .

Date:     May 6, 2026                                          /s/ Phillip J. Haack
                                                                                *Attorney's signature*

                                                            Phillip J. Haack, CA 262060 (admitted W.D. Tex.)
                                                                        *Printed name and bar number*
                                                            Marton Ribera Schumann & Chang LLP
                                                            548 Market St. Suite 36117
                                                            San Francisco, CA 94104

                                                                                *Address*

                                                            phaack@martonribera.com
                                                                        *E-mail address*

                                                            (415) 360-2517
                                                                        *Telephone number*

                                                                                *FAX number*

| Print | Save As... | | Reset |
|---|---|---|---|

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 6, 2026, I electronically filed the foregoing document with the Clerk of the Court for the Eastern District of Texas using the ECF System, which will send notification to the registered participants of the ECF System as listed on the Court's Notice of Electronic Filing.

*/s/ Phillip J. Haack*
Phillip J. Haack

2