**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| SONGBIRD TECH, LLC, | |
| Plaintiff, | Case No. 1:25-cv-00282-ADA |
| v. | |
| ZOHO CORPORATION, | **DEMAND FOR JURY TRIAL** |
| Defendant. | |

**DEFENDANT ZOHO CORPORATION'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Zoho Corporation ("Zoho"), by and through its attorneys, hereby states as follows:  Zoho is a privately held company owned by parent company Zoho Holdings LLC.  No publicly traded corporation beneficially owns 10% or more of Zoho' stock.

Respectfully submitted,

Dated: May 6, 2026

By: */s/ Phillip J. Haack*
        Phillip J. Haack

Ryan J. Marton (*pro hac vice* admitted)
Phillip J. Haack (CA 262060, admitted W.D. Tex.)
MARTON RIBERA SCHUMANN & CHANG LLP
548 Market Street, Suite 36117
San Francisco, CA 94104
Telephone:  (415) 360-2515
Email:        ryan@martonribera.com
                 phaack@martonribera.com

Darryl J. Adams (Texas Bar No. 00796101)
SLAYDEN GRUBERT BEARD PLLC
401 Congress Ave., Ste. 1650
Austin, TX 78701
Tel: 512.402.3562
Email: dadams@sgbfirm.com

*Counsel for Defendant Zoho Corporation*

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 6, 2026, I electronically filed the foregoing document with the Clerk of the Court for the Eastern District of Texas using the ECF System, which will send notification to the registered participants of the ECF System as listed on the Court's Notice of Electronic Filing.

/s/ Phillip J. Haack
Phillip J. Haack

2