**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

|  |  |
|---|---|
| **SONGBIRD TECH, LLC,** | |
| Plaintiff | **Case No. 1:26-cv-00282** |
| v. | **JURY TRIAL DEMANDED** |
| **ZOHO CORPORATION,** | |
| Defendant | |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**

Plaintiff, Songbird Tech, LLC, hereby dismisses this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i):

1.     Songbird Tech, LLC filed its Complaint in the above-titled action against Zoho Corporation on February 5, 2026.

2.     Zoho Corporation has not served an answer or a motion for summary judgment in this action.

3.     Federal Rule of Civil Procedure 41(a)(1)(A)(i) provides that a plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

4.     Federal Rule of Civil Procedure 41(a)(1)(B) provides that such a dismissal is without prejudice.

5.     Accordingly, Songbird Tech, LLC hereby dismisses this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: May 26, 2026                    Respectfully submitted,

_Q. W. Mort III_
Raymond W. Mort, III
Texas State Bar No. 00791308
raymort@austinlaw.com

**THE MORT LAW FIRM, PLLC**
111 Congress Ave, Suite 500
Austin, Texas 78701
Tel/Fax: (512) 865-7950

**ATTORNEYS FOR PLAINTIFF**