# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

|  |  |
|---|---|
| **SONGBIRD TECH, LLC,** | |
| Plaintiff | **Case No. 1:26-cv-00282** |
| v. | **JURY TRIAL DEMANDED** |
| **ZOHO CORPORATION,** | |
| Defendant | |

## ORDER RE VOLUNTARY DISMISSAL WITHOUT PREJUDICE
## PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)

Plaintiff, Songbird Tech, LLC, dismissed this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i):

1.     Songbird Tech, LLC filed its Complaint in the above-titled action against Zoho Corporation on February 5, 2026.

2.     Zoho Corporation has not served an answer or a motion for summary judgment in this action.

3.     Federal Rule of Civil Procedure 41(a)(1)(A)(i) provides that a plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

4.     Federal Rule of Civil Procedure 41(a)(1)(B) provides that such a dismissal is without prejudice.

5.     Accordingly, Songbird Tech, LLC hereby dismisses this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). The case is closed.

Dated: May 28, 2026

_____
ALAN D ALBRIGHT
US DISTRICT JUDGE