AO 120 (Rev. 08/10)

| TO:      Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF<br>AN ACTION REGARDING A PATENT<br>OR TRADEMARK |
|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court    Western District of Texas - Austin Division    on the following

☐ Trademarks or    ☒ Patents. (    ☐    the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>1:26-cv-00282 | DATE FILED<br>February 5, 2026 | U.S. DISTRICT COURT<br>Western District of Texas - Austin Division |
|---|---|---|
| PLAINTIFF<br><br>Songbird Tech, LLC | | DEFENDANT<br><br>Zoho Corporation |

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1   8,825,787 | 9/2/2014 | Songbird Tech, LLC |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading | |
|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT<br><br>ORDER DISMISSING CASE PURSUANT TO NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE |
|---|

| CLERK<br>Philip J. Devlin | (BY) DEPUTY CLERK | DATE<br>5/28/2026 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy